**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000323
30-JUN-2026
12:30 PM
Dkt. 13 ODSD**

NO. CAAP-26-0000323

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LI XIE, Plaintiff/Counterclaim Defendant-Appellant,
and
DEYING XIE, Plaintiff/Counterclaim Defendant-Appellee,
v.
OLIVIA LUCIA LI, Defendant/Counterclaimant-Appellee,
and
SAGE HULS, DOUGLAS SILVA aka DOUG SILVA,
Defendants-Appellees.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-25-0005406)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) On April 7, 2026, self-represented Plaintiff/Counterclaim Defendant-Appellant Li Xie (**Xie**) filed the notice of appeal in this case;

(2) On April 9, 2026, the circuit court clerk notified Xie that the filing fees had not been paid, and cautioned Xie

that failure to pay the fees or request a waiver may result in the appeal being dismissed;

(3) The record on appeal was due on or before June 8, 2026, see Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1), but was not filed because Xie failed to pay the filing fees or obtain a fee waiver;

(4) On June 17, 2026, the appellate clerk entered a default of the record on appeal, informing Xie that the time to docket the appeal had expired, Xie had not paid the filing fees or obtained an order allowing Xie to proceed on appeal in forma pauperis, the matter would be brought to the court's attention on June 29, 2026, for action that may include dismissal of the appeal, and Xie could seek relief from default by motion; and

(5) Xie has not taken any further action in this appeal.  An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis.  HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 30, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge